FILED
2011 Jan-12 PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| Jeanna W. Thompson, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) Case Number: |
| Serra Toyota, Inc. | ) ) ) |
|     Defendant | ) ) |

## COMPLAINT

Plaintiff, Jeanna W. Thompson, shows unto the court the following:

1. Jurisdiction is based upon 28 USC § 1331 Federal Question jurisdiction.

2. Venue is based upon 28 USC §1391 providing venue in actions is the district where all the defendants reside; the claim arose; or the defendant corporation is incorporated, does business, or is licensed to do business. Plaintiff's employment was in and the acts complained of occurred within the Northern District of Alabama.

3. Defendant, Serra Toyota, Inc. is a corporation doing business in Birmingham, Alabama, within the Northern District of Alabama under the trade name of Serra Toyota.

4. Plaintiff's claims arise under Title VII of the Civil Rights Act of 1964, as amended.

5. Plaintiff is a white, female which places her in the groups protected by

the statutes referenced herein.

6. Plaintiff went to the Equal Employment Opportunity Commission reported the facts and actions of her employer to the EEOC.

7. Plaintiff exhausted her administrative remedies before the Equal Employment Opportunity Commission and received a right to sue letter.

8. The right to sue letter was issued on October 21, 2010 and this suit was timely filed within 90 days subsequent to the receipt by plaintiff of the right to sue letter.

9. Plaintiff was a cashier/file clerk at defendant's place of business.

10. Frank Thompson, no relation to plaintiff, an employee of the defendant, while on defendants premises working as a mechanic made sexually harassing comments to plaintiff on more than many occasions from August 2009 until plaintiff's employment was terminated in 2010.

11. In March of 2010, Frank Thompson looked at plaintiff's chest and commented about the mountains.

12. In March of 2010 Frank Thompson told plaintiff that her being married was not a problem because they could have sex and no one would know.

13. In March of 2010, Frank Thompson told plaintiff to come to the oil pit with him and have sex.

14. Plaintiff reported the sexual harassment to her manager, Todd Stratton and others at defendant's place of business.

15. Shortly after she reported the sexual harassment by Frank Thompson, plaintiff's employment was terminated by defendant without any reason being given.

16. The actions of Frank Thompson created an atmosphere of discriminatory intimidation, ridicule, insult such that on a continuing basis that was so severe and pervasive as to alter the terms of plaintiff's employment.

17. Plaintiff's employment was terminated because she refused to have sexual relations with Frank Thompson.

18. Plaintiff's employment was terminated in retaliation for reporting the sexual harassment of Frank Thompson.

19. Plaintiff is entitled to back pay since her discharge, front pay, the value of lost benefits, mental anguish damages, punitive damages, and attorney fees.

WHEREFORE, plaintiff demands judgment against the defendant for an amount determined by a jury and any other relief she is entitled to at law or equity.

*/s/ Kenneth Lee Cleveland*
Kenneth Lee Cleveland
Attorney for Jeanna W. Thompson

**Cleveland & Cleveland, P.C.**
2330 Highland Avenue South
Birmingham, Alabama 35205
(205) 322-1811
(205) 322-1848 (fax)
E-mail: Clevelandatty@hotmail.com

## Plaintiff demand trial by jury.

*/s/ Kenneth Lee Cleveland*
Kenneth Lee Cleveland

Serve the defendant at:
Serra Toyota, Inc.
1300 Center Point Parkway
Birmingham, Alabama 35215

**Cleveland & Cleveland, P.C.**
2330 Highland Avenue South
Birmingham, Alabama 35205
(205) 322-1811
(205) 322-1848 (fax)
E-mail: Clevelandatty@hotmail.com

**Plaintiff demand trial by jury.**

_____
Kenneth Lee Cleveland

Serve the defendant at:
Serra Toyota, Inc.
1300 Center Point Parkway
Birmingham, Alabama 35215

4